Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>E-Z-N QUICK, a California General Partnership dba EZ N QUICK,<br><br>    Defendant. | No.  1:13-cv-01522-LJO-SAB<br><br>**PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE and ORDER** |

**WHEREAS**, a scheduling conference is set in this matter for January 7, 2014;

**WHEREAS**, a clerk's default was entered against the only defendant in this action, E-Z-N Quick ("Defendant") (ECF 9);

**WHEREAS**, Plaintiff, Ronald Moore ("Plaintiff") is informed that Defendant may have retained counsel, and thus Plaintiff requests additional time to determine if a settlement can be reached, if Defendant wishes to set aside the default, or to file a motion for default judgment.

///

///

**NOW, THEREFORE**, Plaintiff hereby respectfully requests that the scheduling conference presently set for January 7, 2014 be continued to March 25, 2014.

Dated: January 3, 2014                                   MOORE LAW FIRM, P.C.


                                                         */s/ Tanya E. Moore*
                                                         Tanya E. Moore
                                                         Attorneys for Plaintiff
                                                         Ronald Moore

## ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the mandatory scheduling conference currently set for January 7, 2014 in this matter be continued to March 25, 2014 at 4:00 p.m. in Courtroom 9. If Plaintiff files a motion for default judgment by March 18, 2014, the conference will be vacated.

IT IS SO ORDERED.

Date:  January 3, 2014                                   _____
                                                         United States Magistrate Judge